UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE FARIES, | Case No.  1:25-cv-01450-JLT-FRS (SKO) |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (Doc. 10) |
| WALMART, INC., et al., | |
| Defendants. | |

On January 9, 2026, the parties filed a notice of voluntary dismissal stipulating to the dismissal of the action with prejudice. (Doc. 10.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**January 13, 2026**__          ____/s/ *Sheila K. Oberto*____
                                              UNITED STATES MAGISTRATE JUDGE

1